**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 12, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Johnny Jackson et al. vs. Peoples South Bank, et al.**

**Case Number:   2:06cv21 -MHT**

**This Notice of Correction was filed in the referenced case this date to add the Exhibit C PDF document previously omitted.**

**The correct PDF document for Exhibit C is attached to this notice for your review.   Reference is made to document # 1   filed on   Jan. 9, 2006.**