IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON AND LATESIA JACKSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CIVIL ACTION NO. 2:06CV21-T |
| PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, LARRY PITCHFORD, et. al. | ) ) ) ) |
| Defendants. | ) ) |

### CERTIFICATE OF REMOVAL

**COMES NOW** defendant, PeoplesSouth Bancshares, Inc., by and through its counsel of record, and hereby certifies in accordance with 28 U.S.C. §1446(d) that written notice was given to all adverse parties in this action of the filing of a Notice of Removal in the above-styled action, and that a copy of the Notice of Removal was filed with the Clerk of the Circuit Court of Barbour County, Alabama, Eufala Division, on this the 9th day of January, 2006.

Respectfully submitted,

_____
Ricky J. McKinney (MCK030)
Gary L. Howard (HOW044)
Christian W. Hancock (WAT070)
William J. Long (LON044)

Attorneys for Defendant
PeoplesSouth Bancshares, Inc.

1426048

**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing same in the United States Mail, postage prepaid and properly addressed this 9th day of January, 2006.

George M. Zarzaur, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_____
OF COUNSEL

1426048