IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON AND LATESIA JACKSON, <br><br> Plaintiffs, <br><br> v. <br><br> PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, LARRY PITCHFORD, et. al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:06cv21-T ) ) ) ) ) |

## DEFENDANT'S STATEMENT IN COMPLIANCE WITH FRCP 7.1

**COMES NOW** defendant, PeoplesSouth Bancshares, Inc. ("Defendant"), by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 7.1, hereby provides the following disclosures:

1. No publicly held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

_____
Ricky J. McKinney (MCK030)
Gary L. Howard (HOW044)
Christian W. Hancock (WAT070)
William J. Long (LON044)

Attorneys for Defendant
PeoplesSouth Bancshares, Inc.

1423397

OF COUNSEL:

**BURR & FORMAN LLP**
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing same in the United States Mail, postage prepaid and properly addressed this 9th day of January, 2006.

George M. Zarzaur, Esq.
Taylor & Taylor
2130 Highland Avenue
Birmingham, AL 35205

_____
OF COUNSEL

1423397

2