**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 12, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Johnny Jackson et al. vs. Peoples South Bank, et al.

**Case Number:** 2:06cv21 - MHT

**This Notice of Correction was filed in the referenced case this date to add Exhibits A & B to the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 7 filed on Jan. 9, 2006.**