**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 13, 2006

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Johnny Jackson, et al. v. Peoples South Bank, et al.**

**Case Number:**       **#2:06-cv-00021-MHT-VPM**

**Referenced Document:**   Document #1
                           Notice of Removal

**This notice has been docketed to enter the corrected pdfs of Exhibit A, Exhibit B and Exhibit C of the referenced document into the record. The original pdfs were not named correctly. The corrected pdfs are attached to this notice.**