IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY JACKSON and LATESIA JACKSON, | * * * | |
| Plaintiffs, | * * | |
| vs. | * * | Civil Action No. 2:06-cv-00021-WKW |
| PEOPLES BANK SOUTH f/k/a PEOPLES COMMUNITY BANK, et al., | * * * | |
| Defendants. | * | |

## NOTICE OF APPEARANCE

**COMES NOW** Leah O. Taylor with the law firm of Taylor & Taylor and hereby enters her notice of appearance as counsel of record for Plaintiffs, JOHNNY JACKSON and LATESIA JACKSON, in the above-styled matter.

/s/ Leah O. Taylor
LEAH O. TAYLOR
lotaylor@taylorlawyers.com
Attorney for Plaintiffs,
Johnny Jackson and Latesia Jackson

OF COUNSEL
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800
(205) 558-2860 (Facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ricky J. McKinney, Esq.
Gary L. Howard, Esq.
Christian W. Hancock, Esq.
William J. Long, Esq.
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

                                                      /s/ Leah O. Taylor
                                                    Of Counsel