# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON and<br>LATESIA JACKSON, | *<br>*<br>* |
| Plaintiffs, | *<br>* |
| vs. | * Case No.: 2:06-CV-021-WKW<br>* |
| PEOPLES BANK SOUTH f/k/a PEOPLES<br>COMMUNITY BANK, et al., | *<br>*<br>* |
| Defendants. | * |

## NOTICE OF APPEARANCE

_____**COMES NOW** Ted Taylor with the law firm of Taylor & Taylor and hereby enters his notice of appearance as counsel of record for Plaintiffs, JOHNNY JACKSON AND LATESIA JACKSON, in the above-styled matter.


/s/ Ted Taylor_____
Ted Taylor
taylorlaw9@aol.com
Attorney for Plaintiffs,
Johnny Jackson and Latesia Jackson

OF COUNSEL
**TAYLOR & TAYLOR**
2130 Highland Avenue
Birmingham, Alabama 34205
(205) 558-2800
(205) 558-2860 Facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 18, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ricky J. McKinney, Esq.
Gary L. Howard, Esq.
Christian W. Hancock, Esq.
William J. Long, Esq.
BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203

/s/ Ted Taylor
Of Counsel