```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION


JOHNNY JACKSON and LATESIA     §
JACKSON,                       §
                               §
     Plaintiffs,               §
                               §
vs.                            §    CIVIL ACTION NO.
                               §    2:06-CV-00021-WKW
PEOPLES SOUTH BANK f/k/a       §
PEOPLES COMMUNITY BANK;        §
LARRY PITCHFORD, et al.,       §
                               §
     Defendants.               §
```

**EVIDENTIARY SUBMISSION IN SUPPORT OF**
**PLAINTIFFS' MOTION TO REMAND**

COME NOW the Plaintiffs, Johnny Jackson and Latesia Jackson, and offer the following evidentiary submission in support of their motion to remand:

| | |
|---|---|
| ATTACHMENT 1 | State Court Complaint filed in the Circuit Court of Barbour County, Alabama |
| ATTACHMENT 2 | Alabama Secretary of State Certification Regarding Corporate Status of Peoples Community Bank |
| ATTACHMENT 3 | Alabama Secretary of State Certification Regarding Withdrawal and Rescission of the Alabama Bank Charter of Peoples Community Bank |
| ATTACHMENT 4 | Alabama Secretary of State Certification Regarding Corporate Status of PeoplesSouth Bank |
| ATTACHMENT 5 | Alabama Secretary of State Certification Regarding Corporate Status of PeoplesSouth Bancshares |

| | |
|---|---|
| ATTACHMENT 6 | Complaint filed in the Middle District of Alabama by Progressive against Peoples Community Bank |
| ATTACHMENT 7 | Responsive pleading filed by Peoples Community Bank |
| ATTACHMENT 8 | Complaint filed in the Middle District of Alabama by Royal against Peoples Community Bank |
| ATTACHMENT 9 | Responsive pleading filed by Peoples Community Bank |
| ATTACHMENT 10 | Pitchford deposition testimony from Cooper v. Peoples Community Bank |
| ATTACHMENT 11 | Pitchford memorandum dated September 10, 2003 |

/s/ Ted Taylor
TED TAYLOR


/s/ Leah O. Taylor
LEAH O. TAYLOR


/s/ Gregory M. Zarzaur
GREGORY M. ZARZAUR

Attorneys for Plaintiffs


OF COUNSEL:

TAYLOR & TAYLOR
2130 Highland Avenue
Birmingham, Alabama 35205
(205) 558-2800 (phone)
taylorlaw9@aol.com (e-mail)
lotaylor@taylorlawyers.com (e-mail)
gz@taylorlawyers.com (e-mail)

**CERTIFICATE OF SERVICE**

  I hereby certify that I have electronically filed this Motion so that service will be sent by the ECMF System via electronic mail to the following on this the 2nd day of February, 2006:

Christian W. Hancock, Esq.
chancock@burr.com

Gary Lane Howard, Esq.
ghoward@burr.com

Ricky J. McKinney, Esq.
rmckinne@burr.com

William Jacob Long, IV, Esq.
jlong@burr.com

            /s/ Leah O. Taylor
            LEAH O. TAYLOR