Nancy L. Worley  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate and literal copy of Withdrawal and Rescission of Alabama Bank Charter of Peoples Community Bank, as received and filed in the Office of the Secretary of State of Alabama on May 11, 2005, showing the date of rescission as May 4, 2005, the date said instrument was filed in the Office of the Judge of Probate of Houston County.



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

01/30/06

_____  
Date

_____  
Nancy L. Worley          Secretary of State

CORP 110 84
Recorded In Above Book and Page
05/04/2005 09:43:42 AM
Luke Cooley
Judge of Probate
Houston County, Alabama

## Withdrawal and Rescission of Alabama Bank Charter

I, Hobart F. Reed, Jr., Deputy Superintendent of the Alabama State Banking Department, pursuant to the authority granted me by §5-2A-15, Code of Alabama 1975, hereby withdraw and rescind the Permit to Begin Business, Approval(s) of the Articles of Incorporation, and authorization to transact business as a bank previously granted by those documents to Peoples Community Bank, formerly an Alabama, state-chartered bank located in Columbia, Houston County, Alabama. The referenced Permit, Approvals, and authorization that comprise the Alabama Bank Charter were vacated upon the merger of Peoples Community Bank, with and into Peoples Community Bank, Colquitt, Miller County, Georgia and I hereby provide record notice of the rescission of such Charter.

Given under my hand and seal of the Superintendent of Banks this the 19th day of April, 2005

Hobart F. Reed, Jr.
Deputy Superintendent of Banks
State of Alabama

#002-008
Posted by:     Checked by:

*prepared by
State of Alabama
Montgomery AL*

State of Alabama    )
County of Montgomery )

I, Nancy Lavey, the undersigned, a Notary Public in and for said County in said State, hereby, certify that Hobart F. Reed, Jr., whose name as Deputy Superintendent of the Alabama State Banking Department, is signed to the foregoing instrument and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, he, as such office and with full authority, executed the same voluntarily for and as the act of said department.

Given under my hand this the 19th day of April, 2005.

Notary Public

**RECEIVED**
MAY 1 1 2005
SECRETARY OF STATE

My commission expires November 20, 2006.



State of Alabama, Houston County
I, Judge of Probate in and for said state and county, hereby certify that the within is a true and correct copy of _Resolution_ as it appears on record in my office.
Given under my hand this _5_ day of _May 2005_
_Luke Cooley_
Judge of Probate