```
 1        IN THE CIRCUIT COURT OF BARBOUR COUNTY,
 2              ALABAMA, EUFAULA DIVISION
 3
 4
 5  KENDALL COOPER,          )
 6        Plaintiff,         )
 7  VS.                      )  CIVIL ACTION NO:
 8  PEOPLES COMMUNITY        )     CV-04-063
 9  BANK, et al.,            )  DEPOSITION OF:
10        Defendants.        )  LARRY PITCHFORD
11                           )
12
13
14            S T I P U L A T I O N S
15       IT IS STIPULATED AND AGREED, by and
16  between the parties through their
17  respective counsel, that the deposition
18  of:
19            LARRY PITCHFORD,
20  may be taken before LeAnn Maroney, Notary
21  Public, State at Large, at 201 East Broad
22  Street, Eufaula, Alabama, on November 16,
23  2005, commencing at approximately 9:30 a.m.
```

```
 1  A        Yes.
 2  Q        Is she still a clinical sales
 3  specialist at Curative Healthcare?
 4  A        Yes.
 5  Q        What is your current occupation,
 6  please?
 7  A        I work for Peoples South Bank,
 8  state president.
 9  Q        And was Peoples South Bank
10  formerly known as Peoples Community Bank?
11  A        Yes.
12  Q        And have you held the job as
13  state president of that bank since May of
14  2001?
15  A        That's correct.  I believe
16  that's right.
17  Q        Have you had any arrests?
18  A        No, ma'am.
19  Q        Have you had a tax lien since
20  the one in the early 80's?
21  A        No, ma'am.
22  Q        Have you been a party to a
23  lawsuit other than the one brought by
```