### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **JOHNNY JACKSON AND LATESIA JACKSON,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, LARRY PITCHFORD, et. al.** )<br>)<br>Defendants. )<br>) | **CIVIL ACTION NO.<br>2:06-CV-00021-WKW-VPM** |

## PEOPLESSOUTH BANK'S MOTION FOR LEAVE TO AMEND ANSWER

COMES NOW defendant PeoplesSouth Bank f/k/a Peoples Community Bank ("PeoplesSouth"), by and through its undersigned counsel, and moves this Court for leave to amend PeoplesSouth Bank's answer to the complaint. In support of the motion, Defendant states as follows:

1. In the original answer attached as Exhibit "1", Defendant PeoplesSouth Bank was inadvertently referred to as PeoplesSouth Bancshares, Inc. Accordingly, Defendant PeoplesSouth Bank seeks this Court's leave to file Exhibit "2" to correct this mistake.

WHEREFORE, PREMISED AND CONSIDERED, Defendant PeoplesSouth Bank respectfully requests this Court to enter an order entering Defendant's amended answer. A proposed order is attached hereto as Exhibit "3".

1433982

Respectfully submitted,

s/ Gary L. Howard
Ricky J. McKinney (MCK030)
Gary L. Howard (HOW044)
Christian W. Hancock (WAT070)
William J. Long (LON044)
Attorneys for Defendant
PeoplesSouth Bank

**OF COUNSEL:**

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory M. Zarzaur
gz@taylorlawyers.com

E. Ted Taylor
taylorlaw9@aol.com

Leah O. Taylor
lotaylor@taylorlawyers.com

s/ Gary L. Howard
Of Counsel

1433982                                    2