IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHNNY JACKSON and LATESIA JACKSON,** <br><br> Plaintiff, <br><br> v. <br><br> **PEOPLES SOUTH BANK f/k/a PEOPLES COMMUNITY BANK, et al.,** <br><br> Defendant. | **CIVIL ACTION NO.** <br> **2:06-CV-00021-WKW-VPM** |

## ORDER

**WHEREFORE** the defendant, PeoplesSouth Bank f/k/a Peoples Community Bank ("PeoplesSouth") has filed its Motion for Leave to Amend Answer, it is hereby:

**ORDERED, ADJUDGED and DECREED** that defendant PeoplesSouth's Motion for Leave to Amend Answer is **GRANTED**.

**DONE AND ORDERED** this _____ day of _____, 2006.

_____
Honorable Judge W. Keith Watkins

cc:   Gary L. Howard
      Ricky J. McKinney
      Christian W. Hancock
      William J. Long
      Gregory M. Zarzaur
      Ted Taylor
      Leah O. Taylor

1434051