IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-00021-WKW |
| ) | |
| ) | |
| PEOPLES SOUTH BANK f/k/a ) | |
| PEOPLES COMMUNITY BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Remand (Doc. # 14), filed on February 2, 2006, it is hereby ORDERED that the motion be submitted without oral argument on March 9, 2006. It is further ORDERED that the Defendants file their responses, which shall include a brief and any evidentiary materials, on or before March 2, 2006. Plaintiffs may file a reply brief on or before March 9, 2006.

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE the 10th day of February, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE