**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 10, 2006

# NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**         **Johnny Jackson, et al. v. Peoples South Bank, et al.**

**Case Number:**        **#2:06-cv-00021-WKW**

**Referenced Document:**   **Document #17**
                           **Order**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. Due to docketing error, the wrong pdf was attached originally. The corrected pdf is attached to this notice.**