IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-00021-WKW |
| | ) |
| | ) |
| PEOPLES SOUTH BANK f/k/a | ) |
| PEOPLES COMMUNITY BANK, et al., | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

Upon consideration of Plaintiffs' Motion to Extend Time to File Responsive Pleadings (Doc. # 13), and for good cause shown, it is ORDERED that the motion is GRANTED. The time for Plaintiffs' response to Defendant Larry Pitchford's Motion to Dismiss (Doc. # 6) filed on January 9, 2006, is continued.

It is further ORDERED that, should the case not be remanded, Plaintiffs shall file their response, including a brief and any evidentiary materials, on or before the twenty-first day after the Court has entered its order resolving the Plaintiffs' Motion to Remand (Doc. # 14). Defendant Larry Pitchford may file a reply brief on or before the twenty-eighth day after the Court has entered its order resolving the Plaintiffs' Motion to Remand (Doc. # 14).

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the**

**undersigned.**

      DONE the 10th day of February, 2006.

                                    /s/   W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE