

# State of Florida
## Department of State

I certify the attached is a true and correct copy of the Certificate of Surrender, filed on August 5, 2005, effective April 13, 2005, for PCB, THE COMMUNITY BANK, a corporation organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this corporation is 018245.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capitol, this the
Seventeenth day of February, 2006



*Sue M. Cobb*
Sue M. Cobb
Secretary of State

CR2E022 (01-06)

**Exhibit B**



**FLORIDA DEPARTMENT OF STATE**
**DIVISION OF CORPORATIONS**

FILED
05 AUG -5 AM 11:03
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

# CERTIFICATE OF SURRENDER OF STATE CHARTER

EFFECTIVE DATE
04-13-05

This is to certify that __PCB, The Community Bank__
(Corporate Name)

__Certificate #414__     located at  __5408 Tenth Street__
(Corporate Document Number)                (Street Address)

__Malone, Florida 32445__
(City/State/Zip)

has completed the (Merger)/Conversion (circle one) of said corporation to or into a National/Federal institution under the name of

__PeoplesSouth Bank__

effective __April 13, 2005__, and does hereby surrender its charter as a state chartered institution and Florida corporation.

This certificate is signed by an authorized officer this __3rd__ day of __August__, __2005__.

PCB, The Community Bank
(Institution Name)

By: Robert A. Jackson, President
(Authorized Officer)

FILING FEE: $35

lnhs51(4/96)

Division of Corporations • P.O. Box 6327 • Tallahassee, Florida 32314

Charter Cancelled pursuant to PCB, The Community Bank merging with and into PeoplesSouth Bank, a Georgia state chartered Institution, eff. 4/13/05

# BANKING DEPARTMENT

Linda B. Charity
Deputy Director, OFR



State of Florida
Office of Comptroller
Tallahassee

*Whereas*, by satisfactory evidence presented to the undersigned it has been made to appear that a banking company under the name of _____THE FARMERS BANK OF MALONE_____, located at _____MALONE_____, Florida, and organized under the Laws of Florida has complied with all the provisions required to be complied with, by the Banking Laws of the State of Florida before a company shall be authorized to commence the business of Banking:

*Now, Therefore, I* _____J. E. LEE_____ Comptroller of the State of Florida, by virtue of the authority vested in me by Section 4131 of the Revised General Statutes of Florida, certify that the _____THE FARMERS BANK OF MALONE_____ of _____MALONE_____ in the County of _____JACKSON_____ and the State of Florida is authorized to commence the business of Banking under the name above given with a capital stock of _____TWENTY FIVE_____ thousand dollars.



Given under my hand and seal of office,
this _____SECOND_____
day of _____JANUARY_____ A.D. One Thousand Nine
Hundred _____FORTY THREE_____

COMPTROLLER STATE OF FLORIDA.