# EXHIBIT B

## APPLICATION FOR CERTIFICATE OF AUTHORITY OF A FOREIGN CORPORATION TO TRANSACT BUSINESS IN ALABAMA

Filed with the Alabama Secretary of State on February 23, 2006

FILED IN OFFICE

FEB 23 2006

SECRETARY OF STATE

STATE OF ALABAMA

APPLICATION FOR CERTIFICATE OF AUTHORITY
OF A FOREIGN CORPORATION TO TRANSACT BUSINESS IN ALABAMA

TO THE SECRETARY OF STATE OF THE STATE OF ALABAMA,

PURSUANT TO THE PROVISIONS OF THE ALABAMA BUSINESS CORPORATION ACT, THE UNDERSIGNED CORPORATION HEREBY APPLIES FOR A CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN ALABAMA AND, FOR THAT PURPOSE, SUBMITS THE FOLLOWING STATEMENTS.

1. The exact name of the corporation:
   PeoplesSouth Bank

2. If your corporate title does not include "Corporation," "Corp," "Incorporated" or "Inc.", one of these must be added for use in Alabama. Please list your exact corporate title with the addition of one of these words.
   Peoples Community Bank

3. State or Country of incorporation:  Georgia

4. Date of incorporation: March 16/1973      Duration of corporation: perpetual

5. Street address of principal office:
   203 Crawford Street, Colquitt, GA  39837

6. Name and **street address** (NO PO BOX) of registered agent in Alabama:
   Larry Pitchford, 519 Kirkland Street, Abbeville, AL  36310

7. The names and addresses of its directors and officers are:

| NAME | OFFICE/TITLE | MAILING ADDRESS |
|---|---|---|
| Rickey E. Stuckey | CEO/President | P. O. Box 218, Colquitt, GA  39837 |
| Larry Pitchford | Alabama State Pres | P. O. Box 370, Abbeville, AL  36310 |
| Sandra Womble | GA State Pres. | P. O. Box 218, Colquitt, GA  39837 |
| Robert Jackson | FL State Pres. | P. O. Box 6166, Marianna, FL  32447 |

8. This application is accompanied by a copy of articles of incorporation and all amendments thereto, duly certified by the proper official of the state under the laws of which it is incorporated, together with the filing fee of $175.00. The non-profit corporation filing fee is $75.00. The certification by the Secretary of State or the equivalent in your state must be an **original** and "current" (within **six months**).

9. Date: February 20, 2006

RECEIVED

FEB 23 2006

Rickey E. Stuckey, CEO/President
Type or Print Corporate Officer's Name and Title

Rickey E. Stuckey
Signature of Officer

MAIL DUPLICATE ORIGINALS OF THIS APPLICATION, A CERTIFIED COPY OF THE CHARTER AND THE FILING FEE TO:
SECRETARY OF STATE, CORPORATIONS DIVISION, POST OFFICE BOX 5616, MONTGOMERY, ALABAMA 36103-5616
(334)242-5324

CD.2 Rev. 4/2000