# EXHIBIT C

**RESOLUTION BY THE BOARD OF DIRECTORS OF
PEOPLESSOUTH BANK
ADOPTING A FICTITIOUS NAME FOR
USE IN THE STATE OF ALABAMA**
Filed with the Alabama Secretary of State
on February 23, 2006

## RESOLUTION BY BOARD OF DIRECTORS OF
## PEOPLESSOUTH BANK
## ADOPTING A FICTITIOUS NAME FOR
## USE IN THE STATE OF ALABAMA

I, Rickey E. Stuckey, the undersigned do hereby certify that the following is a true, complete and correct copy of a certain resolution of the Board of Directors of PeoplesSouth Bank, a corporation duly organized and existing un the laws of Georgia. The resolution was adopted at a called meeting of the said Board, held on February 16, 2006, a quorum being present, and is se forth in the minutes of said meeting. I further certify that I am the keeper of the corporate seal and of the minutes and records of this corporation and that the resolution has not been rescinded or modified.

"Be It Resolved PeoplesSouth Bank, organized and existing in the State of Georgia hereby adopts the name **Peoples Community Bank** for use in the State of Alabama for all purposes; and further resolves that the officers of the corporation are authorized and directed to take all steps that they deem necessary and appropriate to qualify the corporation to do business with the State of Alabama un the name of **Peoples Community Bank**; and resolves further that all activities and business of the corporation with the State of Alabama shall be carried out under the name **Peoples Community Bank**."

IN WITNESS WHEREOF, I herewith subscribe my name and affix the seal of said corporation on this 16th day of February, 2006.

_Rickey E. Stuckey_
Rickey E. Stuckey
Its President

**RECEIVED**

FEB 2 3 2006

SECRETARY
OF STATE