IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON, et al.     ) | |
|     ) | |
|   Plaintiffs,     ) | |
|     ) | |
| v.     ) | CASE NO. 2:06-cv-00021-WKW |
|     ) | |
| PEOPLES SOUTH BANK f/k/a     ) | |
| PEOPLES COMMUNITY BANK, et al.,     ) | |
|     ) | |
|   Defendants.     ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Stay Rule 26(F) Conferencing and Report Deadline (Doc. # 22), it is hereby ORDERED that the defendants shall show cause on or before June 30, 2006, why the motion should not be granted.

DONE this the 22nd day of June, 2006.

                        /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE