IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON, et al.                )                                         | |
|                                                            )                                         | |
|         Plaintiffs,                              )                                         | |
|                                                            )                                         | |
|   v.                                                    )          CASE NO. 2:06-cv-00021-WKW | |
|                                                            )                                         | |
| PEOPLES SOUTH BANK f/k/a        )                                         | |
| PEOPLES COMMUNITY BANK, et al.,  )                                     | |
|                                                            )                                         | |
|         Defendants.                          )                                         | |

**ORDER**

Upon consideration of Plaintiffs' Motion to Stay Rule 26(f) Conferencing and Report Deadline (Doc. # 22), it is hereby ORDERED that the Motion is GRANTED. The parties will not be ordered to confer, develop, and file a discovery plan pursuant to Rule 26 of the Federal Rules of Civil Procedure, if at all, until the Court has ruled upon the pending dispositive motions.

DONE this the 10th day of July, 2006.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE