IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY JACKSON, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-00021-WKW |
| ) | |
| ) | |
| PEOPLES SOUTH BANK f/k/a ) | |
| PEOPLES COMMUNITY BANK, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of PeopleSouth Bank's Motion for Leave to Amend Answer (Doc. # 16), it is ORDERED that the motion is GRANTED. The defendant shall file electronically an exact duplicate of the amended answer attached to the motion in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this the 11th day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE